JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>             Plaintiff,<br><br>     v.<br><br>GOLD ALDIK LLC, et al.<br><br>             Defendant. | Case No. 2:21-cv-6366-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 17]** |

1

On November 2, 2021, the court Ordered Plaintiff Joshua Cuevas ("Plaintiff" or "Cuevas") to Show Cause ("OSC") why this action should not be dismissed for lack of prosecution. Dkt. 16. On November 4, 2021, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action with Prejudice (the "Notice of Dismissal"), dismissing this action under Fed. R. Civ. P. 41(a)(1). Accordingly, the court DISMISSES this action with prejudice. The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: November 8, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge